UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

RAMEN ABRAHAM,

Plaintiff,

v.

CITY OF LAS VEGAS CODE ENFORCEMENT,

Defendant.

Case No. 2:26-cv-00696-ART-EJY

**REPORT AND RECOMMENDATION**

This action commenced on March 10, 2026.  ECF No. 1.  The Court issued an Order screening Plaintiff's application to proceed *in forma pauperis* ("IFP") and Complaint on March 17, 2026.  ECF No. 4.  The Court granted Plaintiff's IFP application but dismissed his Complaint without prejudice and with leave to amend.  Plaintiff was given through and including April 7, 2026 to file an amended complaint. *Id.* at 4.  The Court explained that if Plaintiff failed to timely file an amended complaint it would dismiss this action in its entirety. *Id.*

As of the date of this Recommendation, Plaintiff has not filed an amended complaint; nor has he otherwise communicated with the Court.

Accordingly, IT IS HEREBY RECOMMENDED that this matter be dismissed without prejudice for failure to comply with the Court's Order.

Dated this 9th day of April, 2026.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

**NOTICE**

Under Local Rule IB 3-2, any objection to this Report and Recommendation must be in writing and filed with the Clerk of the Court within fourteen (14) days.  The Supreme Court holds the courts of appeal may determine that an appeal has been waived due to the failure to file objections

1

within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). The Ninth Circuit also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst,* 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).