UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RAMEN ABRAHAM,

          Plaintiff,

   v.

CITY OF LAS VEGAS CODE ENFORCEMENT,

          Defendant.

Case No. 2:26-cv-00696-ART-EJY

ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 6)

Plaintiff Ramen Abraham sues City of Las Vegas Code Enforcement for violations of his civil rights. (ECF No. 5.) On March 20, 2026, Magistrate Judge Youchah issued a Report and Recommendation ("R&R") recommending dismissing this case for failure to comply with the Court's order. (ECF No. 6.)

For the foregoing reasons, the Court adopts the magistrate judge's R&R.

## I.    LEGAL STANDARD

Under the Federal Magistrates Act, a court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by [a] magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). A court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn,* 474 U.S. 140, 149 (1985).

Mr. Abraham has not filed an objection to the magistrate judge's R&R and his time to do so has now expired. (ECF No. 6.)

1

## II.   ANALYSIS

On March 17, 2026, the Court issued an order screening Mr. Abraham's application to proceed *in forma pauperis* ("IFP") and his complaint. (ECF No. 4.) The Court granted Mr. Abraham's IFP application but dismissed his complaint without prejudice and with leave to amend. (*Id.*) Mr. Abraham was given through and including April 7, 2026, to file an amended complaint. (*Id.*) The Court informed Mr. Abraham that if he failed to timely file an amended complaint, it would dismiss this action in its entirety. (*Id.*) Mr. Abraham has failed to file an amended complaint, and his time to do so has now expired. (*Id.*) The Court agrees with the magistrate judge's reasoning and adopts the R&R in full.

## III.   CONCLUSION

IT IS THEREFORE ORDERED that Judge Youchah's report and recommendation (ECF No. 6) is ADOPTED in full.

IT IS FURTHER ORDERED that this action is DISMISSED without prejudice.

DATED THIS 29th day of April 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE